cc: order, remand letter and
docket to Los Angeles Superior Court,
Southwest District, Inglewood, Case No. 10 L 01560

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT COLLINS,<br><br>    Defendants. | Case No. CV 11-01863 DDP (FMOx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Motion filed on March 24, 2011] |

    Presently before the court is Plaintiff's Motion to Remand Case to Los Angeles Superior Court. Because Defendants have not filed an opposition, the court GRANTS the motion.

    Defendants removed this unlawful detainer action to this court on March 3, 2011. On March 24, 2011, Plaintiffs filed a motion to remand to state court. The hearing on Plaintiffs' motion was set for April 25, 2011.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-

one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

Defendants' opposition was due by April 11, 2011. As of the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion to remand. Plaintiff's Motion to Remand Case to Los Angeles Superior Court is GRANTED. In addition, the Scheduling Conference set for July 21, 2011 is vacated.

IT IS SO ORDERED.

Dated: July 20, 2011

DEAN D. PREGERSON
United States District Judge